No. 562.   Lewis et al. *v.* Benedict Coal Corp.   Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted; and

No. 563.   United Mine Workers of America et al. *v.* Benedict Coal Corp.   Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. granted limited to question· 1 presented by the petition for the writ which reads as follows:

"1. Where (1) the settlement of disputes section of collective bargaining agreements · antedating 1950 provided that Mine Workers shall not engage in a work stoppage pending settlement of disputes under grievance machinery procedures and such agreements contained other 'no strike' clauses, and (2) under the Labor Management Relations Act, 1947,[4a] the right to strike became· a bargainable subject, and (3) in 1950 UMW and coal operators signatories to the National Bituminous Coal Wage Agreement of 1950, deleted such clauses therefrom and expressly covenanted that the 'no strike' clauses in prior agreements were rescinded and made null and void, and (4) signatories to such 1950 Agreement covenanted that stoppages, as well as disputes, shall be settled exclusively under grievance machinery procedures set forth in such contract, is a stoppage of work pending settlement of a dispute cognizable under the grievance machinery

_____

[4a] The Labor Management Relations Act, 1947, is herein called the "Act."

procedures proscribed thereby and a violation of the 1950 Agreement so as to subject UMW and District 28 to damage actions under the Act's Section 301?"

MR. JUSTICE STEWART took no part in the consideration or decision of these applications.

*Val J. Mitch, Harold H. Bacon, E. H. Rayson, Charles E. McNabb* and *R. R. Kramer* for petitioners in No. 562. *Welly K. Hopkins, Harrison Combs, Willard P. Owens* and *M. E. Boiarsky* for petitioners in No. 563. *Fred B. Greear* for respondent. Reported below: 259 F. 2d 346.